**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DEANN JUSTINE WIESNER,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 66490

**FILED**

SEP 24 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a proper person notice of appeal. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Appellant filed a proper person notice of appeal on September 10, 2014. In her notice of appeal, appellant stated that she was appealing from an order of dismissal. The documents before this court do not indicate that any such order has been entered in this case. Because appellant failed to designate an appealable decision, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

14-31800

cc: Hon. Stefany Miley, District Judge
DeAnn Justine Wiesner
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

Supreme Court
OF
Nevada

(O) 1947A